UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                      Case No. 7:18-mj-3519

Desiree A. Talley

                        Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                       SO ORDERED.

                                                                       Hon. Martin R. Goldberg
                                                                       United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York